No. 10-9912. Allen O'Neil Fitzgerald, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.

563 U.S. 1012, 131 S. Ct. 2912, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3905.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-9923. William J. Rogers, Petitioner v. Kentucky.

563 U.S. 1013, 131 S. Ct. 2912, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3845.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

No. 10-9930. T.G., Petitioner v. New Jersey Division of Youth and Family Services.

563 U.S. 1013, 131 S. Ct. 2925, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 4003,

May 23, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division denied.

Same case below, 414 N.J. Super. 423, 999 A.2d 471.

No. 10-9936. Georgia Charlton, Petitioner v. Ada Perez, Superintendent, Bedford Hills Correctional Facility, et al.

563 U.S. 1013, 131 S. Ct. 2912, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3848.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-9949. Adolfo Martinez, Petitioner v. David L. Runnels, Warden.

563 U.S. 1013, 131 S. Ct. 2913, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3951.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 103.

No. 10-9965. David Miranda, Petitioner v. Nedra Chandler, Warden.

563 U.S. 1013, 131 S. Ct. 2913, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3850.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 405 Fed. Appx. 52.

No. 10-9997. Dennis C. Warren, Petitioner v. Ray Hobbs, Director, Akansas Department of Correction.

563 U.S. 1013, 131 S. Ct. 2913, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3970.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10000. Antonio Joseph Richardson, Petitioner v. South Carolina, et al.

563 U.S. 1013, 131 S. Ct. 2913, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 3954.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 715.